UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA AGARDI,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 16-cv-03931-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On February 13, 2017, the court issued an order dismissing Plaintiff's Complaint and instructing Plaintiff to file her amended complaint by February 28, 2017. [Docket No. 15.] The Order stated that failure to file an amended complaint by February 28, 2017 "may result in this action being dismissed for failure to prosecute." [Docket No. 15]. Plaintiff has not filed any amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 8, 2017



Donna M. Ryu
United States Magistrate Judge